# CASE ANNOUNCEMENTS

*May 31, 2011*

[Cite as *05/31/2011 Case Announcements*, 2011-Ohio-2578.]

## MOTION AND PROCEDURAL RULINGS

**2011–0563.   Wimmer v. Ohio Edison Co.**
Public Utilities Commission, No. 09–777–EL–CSS. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio.

Upon consideration of the motion of Ohio Edison Company for leave to intervene as appellee, it is ordered by the court that the motion is granted.

**2011–0737.   Wilkes v. Ohio Edison Co.**
Public Utilities Commission, No. 09–682–EL–CSS. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio.

Upon consideration of the motion of Ohio Edison Company for leave to intervene as appellee, it is ordered by the court that the motion is granted.

**2011–0751.   In re Application of Columbus S. Power Co.**
Public Utilities Commission, No. 10–1261–EL–UNC. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio.

Upon consideration of the motion of Ohio Consumers' Counsel for leave to intervene as appellant, it is ordered by the court that the motion is granted.

## MISCELLANEOUS DISMISSALS

**2010–1091.   Barbee v. Allstate Ins. Co.**
Lorain App. Nos. 09CA009594 and 09CA009596, 2010-Ohio-2016. This cause is pending before the court as an appeal from the Court of Appeals for Lorain County.

Upon consideration of Allstate Insurance Company's application for dismissal, it is ordered by the court that the application for dismissal is granted. The appeal of Nationwide Mutual Insurance Company remains pending.

**2011–0422.   State ex rel. Lemons v. Kontos.**
Trumbull App. No. 2010–T–0101, 2011-Ohio-653. This cause is pending before the court as an appeal from the Court of Appeals for Trumbull County. The records of this court indicate that appellant has not filed a merit brief, due May 24, 2011, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence.

Upon consideration thereof, it is ordered by the court that this cause is dismissed.

## MEDIATION REFERRALS

The following case has been referred to mediation pursuant to S.Ct.Prac.R. 17.1(A):

**2011–0850.   State ex rel. Kolcinko v. Ohio Police & Fire Pension Fund.**
Franklin App. No. 10AP–269, 2011-Ohio-1668.